# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT SAVANNAH DIV.

2019 MAR -8 PM 1:37

CLERK_____
SO. DIST OF GA.

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )     **CASE NO. 4:17-CR-60** |
| **DOMMINICK ROBBINS** | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

This matter is before the Court on the Motion for Leave of Absence by Stan Fitzgerald, counsel for Defendant Domminick Robbins for the dates of April 4 through April 11, 2019. After careful consideration, said Motion is hereby granted.

SO ORDERED this 7th day of March, 2019.

Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division